# United States Court of Appeals
# for the Federal Circuit

---

December 1, 2015

**ERRATUM**

---

Appeal No. 2014-1710

---

**IN RE:  COMMONWEALTH SCIENTIFIC &
INDUSTRIAL RESEARCH ORGANISATION,
BAYER CROPSCIENCE NV,**
*Appellants*


Decided:  November 20, 2015
Nonprecedential Opinion

---


Please make the following change:

On page 1, lines 1–2 of the opinion, change  "Organiza-tion" to "Organisation."